UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 00CR2514-BTM |
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS INDICTMENT** |
| MANUEL LEON (4) *also known as* Manolo, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the Indictment against Defendant MANUEL LEON in Case No. 00CR2514-BTM be dismissed and the arrest warrant issued on August 4, 2000 be recalled.

DATED:  3/21/13

_____
BARRY TED MOSKOWITZ, Chief Judge
United States District Court